# Order

Michigan Supreme Court
Lansing, Michigan

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139621

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SCOTT GORDON PAYNE,
    Defendant-Appellant.

SC: 139621
COA: 280260
Kent CC: 06-011607-FC;
        06-011875-FC;
        06-011944-FC;
        06-012819-FH

_____/

      On order of the Court, the application for leave to appeal the July 28, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

s0517

_____
Clerk